IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID SIMON | ) |
| | ) |
| v. | ) NO. 3-10-1082 |
| | ) JUDGE CAMPBELL |
| ERNEST TUBB RECORD SHOP, INC. | ) |

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 41). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED in part and DENIED in part. Plaintiff's claims for common law retaliatory discharge and violations of the Tennessee Public Protection Act are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE